UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEQUARIUS STEWART #796157,

        Plaintiff,        Case No. 1:23-cv-1147

v.        Honorable Phillip J. Green

UNKNOWN BROWN, et al.,

        Defendants.
_____/

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On August 14, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 12). Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by DEQUARIUS STEWART #796157 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.

Dated: August 16, 2024        /s/ Phillip J. Green
                                                                      PHILLIP J. GREEN
                                                                    United States Magistrate Judge